No. 89–1877.   NULL v. CITY OF LANSING, MICHIGAN.   C. A. 6th Cir.   Certiorari denied.

No. 89–1878.   REITER v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 89–1879.   FRIEDRICH v. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 6th Cir.   Certiorari denied.

No. 89–1880.   CONSOLIDATED FREIGHTWAYS v. NATIONAL LABOR RELATIONS BOARD.   C. A. D. C. Cir.   Certiorari denied.

No. 89–1881.   MCDONALD ET AL. v. OKLAHOMA EX REL. ROBERTS, DISTRICT ATTORNEY, PITTSBURG COUNTY.   Ct. App. Okla.   Certiorari denied.

No. 89–1883.   TRUCKEE-CARSON IRRIGATION DISTRICT ET AL. v. UNITED STATES ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 89–1884.   SOUTH CAROLINA DEPARTMENT OF SOCIAL SERVICES v. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 89–1885.   CARRIERE, INDIVIDUALLY AND ON BEHALF OF CARRIERE ET AL. v. SEARS, ROEBUCK & CO. ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 89–1886.   HERBERGER, TRUSTEE FOR LEE OPTICAL AND ASSOCIATED COMPANIES PENSION PLAN TRUST v. SHANBAUM. C. A. 5th Cir.   Certiorari denied.

No. 89–1887.   TEXAS v. BRANDLEY.   Ct. Crim. App. Tex. Certiorari denied.

No. 89–1888.   CITY OF SOUTH EUCLID v. RICHARDSON ET AL. Sup. Ct. Ohio.   Certiorari denied.

No. 89–1889.   PINHAS v. SUMMIT HEALTH, LTD., ET AL. C. A. 9th Cir.   Certiorari denied.